| Attorney or Party without Attorney: <br> Nye, Stirling, Hale & Miller LLP <br> 33 WEST MISSION ST. <br> SUITE 201 <br> Santa Barbara, CA  93101 <br> Telephone No: 805-963-2345    FAX No: (805) 563-5385 <br> Ref. No. or File No.: <br> Attorney for: Plaintiff | For Court Use Only |
|---|---|

Insert name of Court, and Judicial District and Branch Court:
United States District Court, Western District Of New York

Plaintiff: SAM WILSON
Defendant: GLAMZAON, LLC dba ELECTRONICS EXPO

| **AFFIDAVIT OF SERVICE** | Hearing Date: - | Time: | Dept/Div: | Case Number: <br> 2:23-CV-00729-LJV |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the -; SUMMONS IN A CIVIL ACTION; CIVIL COVER SHEET; COMPLAINT

3. a. Party served:     GLAMAZON, LLC dba ELECTRONICS EXPO
   b. Person served:    Aline Franklian, Account Manager and Authorized to Accept Service

4. Address where the party was served:    2 Gardner Road
                                          Fairfield, NJ  07004

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Wed., Aug. 16, 2023 (2) at: 11:00AM

7. Person Who Served Papers:                        Fee for Service:
   a. LARRY  SABEL
   b. UNITED PROCESS SERVERS, Inc.
      142 East Figueroa Street
      Santa Barbara, CA  93101
   c. 805 966-2102

8. I declare under penalty of perjury under the laws of the State of NEW YORK and under the laws of the United States Of America that the foregoing is true and correct.

AFFIDAVIT OF SERVICE -                    (LARRY SABEL)                    8-16-23

np&s.238937